CLEAR SKIES OVER ORANGEVILLE, Appellant, v TOWN BOARD OF TOWN OF ORANGEVILLE et al., Respondents. STONEY CREEK ENERGY LLC, Intervenor-Respondent-Respondent. [919 NYS2d 426]— Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.